IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 2:03CR12 |
| ) | (Financial Litigation Unit) |
| DAWNENA KALONAHESKIE, ) | |
| Defendant. ) | |
| and ) | |
| ) | |
| EASTERN BAND OF CHEROKEE INDIANS, ) | |
| Garnishee. ) | |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Garnishment filed in this case against the defendant Dawnena Kalonaheskie is DISMISSED.

**Signed: November 16, 2005**

Lacy H. Thornburg
United States District Judge